# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:05-cr-219-J-99TEM

MATEO GONZALEZ-MARIN

## ORDER

The United States' oral motion to dismiss Count Two of the Indictment is **GRANTED** without opposition on the part of counsel for defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
Asst. Federal Public Defender (Call)